# STATE OF CONNECTICUT *v.* CAMERON SHAW
## (14291)

Dupont, C. J., and Foti and Spallone, Js.

Submitted on briefs November 1—decision released November 28, 1995

*M. Donald Cardwell* filed a brief for the appellant (defendant).

*James E. Thomas*, state's attorney, *Lisa Herskowitz*, deputy assistant state's attorney, and *Vicki Melchiorre*, *Alfred Baldwin* and *Roseanne Wagner*, assistant state's attorneys, filed a brief for the appellee (state).

PER CURIAM. The judgments are affirmed.